# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALONSO TORRES YAMANY HASSAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-20-1234-SLP |
| ) | |
| WILLIAM BARR, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER OF TRANSFER

Before the Court is the Report and Recommendation [Doc. No. 4] entered by United States Magistrate Judge Shon T. Erwin on December 11, 2020. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Accordingly, the Court adopts the Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED that the Report and Recommendation is ADOPTED and the Clerk of Court is directed to transfer this matter to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 13th day of January, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE